IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN LOUGH, | : | Civil No. 3:19-cv-1697 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| COUNTY OF COLUMBIA, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 7th day of April, 2020, upon consideration of Plaintiff's motion (Doc. 18) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 18) is **DENIED** without prejudice.

      *s/ Robert D. Mariani*
      Robert D. Mariani
      United States District Judge