IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN LOUGH, | : | Civil No. 3:19-cv-1697 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| COUNTY OF COLUMBIA, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 28th day of September, 2020, upon consideration of Defendants' motion (Doc. 14) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 14) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge